STATE of Missouri, Respondent,

v.

**Grover F. JACKSON, Appellant.**

**No. WD 62551.**

Missouri Court of Appeals,
Western District.

Nov. 18, 2003.

Ellen H. Flottman, Columbia, MO, for Appellant.

John M. Morris, Breck K. Burgess, Co–Counsel, Jefferson City, MO, for Respondent.

Before HOWARD, P.J.,
LOWENSTEIN and SMART, JJ.

### ORDER

PER CURIAM.

Appellant was found guilty by a jury of the class B felony of attempt to manufacture of a controlled substance. He was sentenced to seven years imprisonment as a prior and persistent offender. His point on appeal raises the sufficiency of the evidence against him. Affirmed Rule 30. 25(b).